<partyblock>

Brand Medical Supply, Inc., as Assignee of VLADIMIR JEAN, Respondent,  

against

Infinity Ins. Co., Appellant.

Appeal from a decision of the Civil Court of the City of New York, Kings County (Carol Ruth Feinman, J.), dated April 18, 2013, deemed from a judgment of the same court entered May 30, 2014 (see CPLR 5512 [a]). The judgment, after a nonjury trial, awarded plaintiff the principal sum of $1,150.

ORDERED that the judgment is reversed, with $30 costs, and the matter is remitted to the Civil Court for a new trial.

In this action by a provider to recover assigned first-party no-fault benefits, the Civil Court, following a nonjury trial, awarded plaintiff judgment in the principal sum of $1,150.

For the reasons stated in Brand Med. Supply, Inc., as Assignee of Steven Thomas v Infinity Ins. Co. (
[appeal No. 2014-2032 K C], decided herewith), the judgment is reversed and the matter is remitted to the Civil Court for a new trial.

Weston, J.P., Aliotta and Elliot, JJ., concur.

Decision Date: May 05, 2016

<form method="LINK" action="../../slipidx/at_2_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>